## Margaret Ann Bonnet, Plaintiff in Error, v. John Hobrecker, Jr., Defendant in Error.

### Gen. No. 23,340.   (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. HARRY C. MORAN and Hon. SAMUEL C. STOUGH, Judges, presiding. Heard in this court at the October term, 1917. Suit dismissed. Opinion filed December 3, 1917.

## Statement of the Case.

Motion by John Hobrecker, Jr., defendant in error, to strike from the record portions of the transcript filed by Margaret Ann Bonnet, plaintiff in error, and to affirm the judgment.

SIDNEY N. WARE, for plaintiff in error.

CUSTER & CAMERON, for defendant in error.

PER CURIAM.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 800*—*what ruling must be preserved by bill of exceptions.* The ruling of the trial court on a motion to vacate an order of dismissal cannot be preserved for review without a bill of exceptions.

2. APPEAL AND ERROR, § 1120*—*when suit will be dismissed.* Where a plaintiff in error presents no suggestions in opposition to a motion to dismiss the writ of error and the record presents nothing upon which an assignment of error can properly be made, the suit in which the writ was sued out will be dismissed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.